# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NATALIE SAYLES, | * | |
| | * | |
| Plaintiff, | * | CONSOLIDATED CASES |
| | * | |
| v. | * | LEAD - Case No.: 8:17-cv-01314-PX |
| | * | |
| MACY'S RETAIL HOLDINGS, INC., | * | |
| *et al.*, | * | |
| | * | |
| Defendants. | * | |

*************************************

| | | |
|---|---|---|
| NATALIE N. SAYLES, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No.: 8:17-cv-01315-PX |
| | * | |
| LEVI STRAUSS & CO., *et al.*, | * | |
| | * | |
| Defendants. | * | |

## DEFENDANT MACY'S RETAIL HOLDINGS, INC.'S
## MOTION FOR ISSUANCE OF A SCHEDULING ORDER

Defendant, Macy's Retail Holdings, Inc., by and through undersigned counsel and pursuant to the Rules and Orders of this Honorable Court, hereby respectfully moves this Court for issuance of a Scheduling Order in this matter. In further support, Defendant states as follows:

1. This matter arises out of an alleged personal injury that occurred at the Macy's located in Marlow Heights, Maryland when a display sign fell off a table and allegedly struck Plaintiff on the foot. Plaintiff has sued Defendant, as owner and operator of the store in question, and co-defendant Levi Strauss Co.

2. This matter was removed from the Maryland Circuit Court for Prince George's County on May 11, 2017 on the basis of diversity of citizenship.

3. Pursuant to LCvR 104(4), "[u]nless otherwise ordered by the Court or agreed upon by the parties, the conference of counsel required by Fed. R. Civ. P. 26(f) need not take place and discovery shall not commence and disclosures need not be made until a scheduling order is entered."

4. Unfortunately, the parties have been unable to agree to commence discovery. On October 19, 2017—after attempting to explore the possibility of settlement—undersigned counsel wrote to Mark Foley, Esq. (counsel for co-defendant Levi Strauss Co.) and Kim Parker, Esq. (counsel for Plaintiff) and proposed that the parties agree to commence discovery. On the same date, Mr. Foley responded that his client agreed to commence discovery.

5. On November 20, 2017, undersigned counsel wrote again to Plaintiff's counsel, requesting her client's consent to the relief requested herein. Ms. Parker has not responded to that inquiry. Absent Ms. Parker's consent, discovery cannot commence without a scheduling order.

WHEREFORE, for the reasons set forth above, Defendant Macy's Retail Holdings, Inc. respectfully moves this Honorable Court for the issuance of a scheduling order in this matter, and for such additional relief as the Court may deem necessary and appropriate.

Respectfully submitted,

JORDAN COYNE LLP

By: _____
Padraic K. Keane
10509 Judicial Dr., Suite 200
Fairfax, VA 22030-5118
Phone: (703) 246-0900
Fax: (703) 591-3673
E-mail: p.keane@jocs-law.com

*Counsel for Defendant, Macy's Retail Holdings, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Motion was electronically filed and served through ECF this 29th day of November, 2017 to:

Kim Parker, Esquire
LAW OFFICES OF KIM PARKER, P.A.
2123 Maryland Avenue
Baltimore, MD 21218
*Counsel for Plaintiff*

Mark T. Foley, Esquire
SASSCER CLAGGET & BUCHER
5407 Water Street; Suite 101
Upper Marlboro, MD 20772
*Counsel for Levi Strauss & Co.*

_____
Padraic K. Keane

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NATALIE SAYLES, | * | |
| Plaintiff, | * | CONSOLIDATED CASES |
| v. | * | LEAD - Case No.: 8:17-cv-01314-PX |
| MACY'S RETAIL HOLDINGS, INC., *et al.*, | * | |
| Defendants. | * | |
| NATALIE N. SAYLES, | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 8:17-cv-01315-PX |
| LEVI STRAUSS & CO., *et al.*, | * | |
| Defendants. | * | |

## ORDER

UPON CONSIDERATION of Defendant Macy's Retail Holdings, Inc.'s Motion for Issuance of a Scheduling Order, any Opposition thereto, and the entire record herein, it is, this \_\_\_\_ day of _____, 201\_\_\_,

ORDERED, that the Motion be, and the same hereby is, GRANTED; and it is

FURTHER ORDERED, that the following deadlines shall apply:

_____
United States District Judge

Copies to:
All Counsel of Record (via electronic service)