# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

NATALIE SAYLES,

    Plaintiff,

v.

MACY'S RETAIL HOLDINGS, INC. et al.,

    Defendant.

Civil Action No. PX -17-1314

## SCHEDULING ORDER

For the reasons discussed during today's recorded conference call, and with agreement of the parties, the Scheduling Order in this case shall be as follows:

| Date | Event |
| --- | --- |
| December 22, 2017 | Defendant Levi Strauss & Company Motion for Summary Judgment |
| January 10, 2018 | Plaintiff's Response |
| January 22, 2018 | Defendant's Reply |
| January 26, 2018 | Motions to amend the pleadings or for joinder of additional parties. |
| March 26, 2018 | Plaintiff's Rule 26(a)(2) expert disclosures |
| April 20, 2018 | Defendant's Rule 26(a)(2) expert disclosures |
| May 25, 2018 | Plaintiff's rebuttal Rule 26(a)(2) expert disclosures |
| June 8, 2018 | Rule 26(e)(2) supplementation of disclosures and responses |
| June 22, 2018 | Completion of Discovery; submission of Post-Discovery Joint Status Report. |
| July 2, 2018 | Requests for Admission |
| July 16, 2018 | Dispositive Pretrial Motions |

Dated: December 12, 2017                               /S/

                                                                   Paula Xinis
                                                                   United States District Judge