IN THE UNITED STATES DISTRICT COURT OF MARYLAND
GREENBELT DIVISION

**NATALIE N. SAYLES**
    Plaintiff,

vs.

**MACYS RETAIL HOLDINGS and
LEVI STRAUSS & COMPANY**

    Defendants',

Case No.: 17-1314 PX

## ORDER

    Upon consideration of Plaintiff's Motion to Modify Scheduling Order, it is hereby this 12th day of April , 2018, ORDERED that the Motion is granted, it is further ORDERED, that the Scheduling Order is modified as follows:

| Date | Event |
|------|-------|
| May 25, 2018 | Plaintiff's Rule 26(a)(2) expert disclosures |
| June 20, 2018 | Defendant's Rule 26(a)(2) expert Disclosures |
| June 25, 2018 | Plaintiff's rebuttal Rule 26(a)(2) expert disclosures |
| July 23, 2018 | Completion of Discovery; submission of Post-Discovery Joint Status Report |
| August 3, 2018 | Rule 26(e)(2) supplementation of disclosures and responses |
| August 13, 2018 | Requests for Admission |
| September 14, 2018 | Dispositive Pretrial Motions |

    Signed this 12th Day of April , 2018

_____
/S/
Honorable Paula Xinis
United States District Judge