IN THE UNITED STATES DISTRICT COURT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| **NATALIE N. SAYLES**<br>        Plaintiff,<br><br>vs.<br><br>**MACYS RETAIL HOLDINGS and LEVI STRAUSS & COMPANY**<br><br>        Defendants, | Case No.: 17-1314 PX |

## PLAINTIFF'S MOTION TO MODIFY THE SCHEDULING ORDER

NOW COMES, Natalie Sayles, ("Plaintiff"), by her undersigned counsel, Kim Parker, Esq., and the Law Offices of Kim Parker, P.A., and moves this Honorable Court to Modify the Scheduling Order Including Extension of Time to Conduct Discovery and for reasons states:

1. The Deadline for Plaintiff to disclose her Rule 26(a)(2) expert disclosures are due on May 25, 2018 (the "Disclosure Date").

2. The parties are actively trying to comply with the Court's existing Scheduling Order.

3. Plaintiff has retained her expert and is actively engaged in discovery.

4. Plaintiff will be designating her expert witness in accordance with the current deadline.

5. Plaintiff is seeking an extension of time to file her expert report.

6. Counsels are in the process of scheduling a site inspection of the site where Plaintiff's injury occurred.

7. Defendant's counsel is in the process of conferring with its client on potential site inspection dates.

8. Plaintiff's expert will need adequate time to review Defendant's discovery responses and finalize his findings in his expert report.

9. The Defendant would not be prejudiced should this Court grant the Plaintiff at least forty-five (45) additional days to properly file her expert report. Moreover, the parties have just begun discovery and there have been no substantial milestones in this case.

10. Plaintiff respectfully requests a forty-five (45) day extension of time to file her expert report.

11. Prior to filing this motion Plaintiff's counsel conferred with Defendant Macy's counsel to obtain his consent. Defendant Macy's counsel consented to this request for extension of time to conduct discovery.

12. Plaintiff seeks a forty-five (45) day extension of the existing scheduling Order.

13. Plaintiff will suffer severe prejudice if the Court denies this relief. Justice will be furthered by the granting of this Motion.

WHEREFORE, Plaintiff respectfully request that the Court grant the relief requested and for such other and further relief as may be deemed just and proper.

Respectfully submitted,

/s/ Kim Parker /s/

Kim Parker, Esq.
Law Office of Kim Parker, P.A.
2123 Maryland Avenue
Baltimore, Maryland 21218
(410) 234-2621
kp@kimparkerlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th   day of May  2018, a copy of the foregoing:

**MOTION TO MODIFY** was delivered via electronic notice to Padriac Keane, Esq.

                                                                                            /s/_____
                                                                                            Kim Parker
                                                                                            COUNSEL FOR PLAINTIFF