IN THE UNITED STATES DISTRICT COURT OF MARYLAND
GREENBELT DIVISION

**NATALIE N. SAYLES**

    Plaintiff,

vs.

**MACYS RETAIL HOLDINGS**

    Defendant,

Case No.: 17-1314 PX

# ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO CONDUCT DISCOVERY AND OTHER DEADLINES

Upon consideration of the Joint Motion for Extension of Time to Conduct Discovery and Other Deadlines, it is hereby this 24th day of July, 2018, ORDERED, that the Motion is GRANTED, it is further ORDERED, that the Scheduling Order is Amended as follows:

| Date | Event |
|---|---|
| October 23, 2018 | Completion of Discovery; submission of post-discovery joint status report |
| August 18, 2018 | Rule 26(e)(2) supplementation of disclosures and responses |
| November 4, 2018 | Request for Admissions |
| November 30, 2018 | Dispositive Pre-Trial Motions |

No further modifications to the scheduling order unless showing of good cause.

Signed this 24th Day of July, 2018

                                                 /S/
                                    Honorable Paula Xinis
                                    United States District Judge